entered upon a decision of the court on trial at an Equity Term.

*P. F. King* for appellant.

*A. K. Potter* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

LAWRENCE SHEARY et al., Respondents, *v.* JOHN O'BRIEN et al., Appellants.

*Sheary* v. *O'Brien*, 75 App. Div. 121, affirmed.
(Submitted February 5, 1906; decided February 27, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 8, 1902, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term and granting a new trial.

*John W. Browne* for appellants.

*H. D. Bailey* for respondents.

Order affirmed and judgment absolute ordered against defendants, on the stipulation with costs in all courts, on opinion below.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and WILLARD BARTLETT, JJ. Not sitting: GRAY and CHASE, JJ.

---

THE DEGNON-MCLEAN CONSTRUCTION COMPANY, Respondent, *v.* THE CITY TRUST, SAFE DEPOSIT AND SURETY COMPANY OF PHILADELPHIA, Appellant.

*Degnon-McLean Constr. Co.* v. *City Trust, S. D. & S. Co.*, 99 App. Div. 195, affirmed.
(Argued February 5, 1906; decided February 27, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered